UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00573-FDW-DCK

| | |
|---|---|
| TY BELT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| AMAZON HOME WARRANTY COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on October 20, 2022. [Doc. 1]. On October 27, 2022, the Court denied Plaintiff's initial motion to proceed in forma pauperis (IFP) without prejudice to amending his application or paying the filing fee within 30 days of that Order. [Doc. 2, 3]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Doc. 3 at 1-2]. Plaintiff has not complied and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: December 7, 2022

Frank D. Whitney
United States District Judge